FILED
2008 MAY 20 P 5: 21

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO.3:08cr04(JCH) |
| v. | |
| MURIEL GLOVER | |

## FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the captioned matter to me by Judge Janet C. Hall, with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held in open court and on the record, based upon the answers given by the defendant under oath, on the record, and in the presence of counsel; and the remarks of defense counsel and the Assistant United States Attorney, I

(1) FIND that the defendant is competent to plead, that defendant understands the charges against him, that he knows his rights to trial and appeal, that he knows what the maximum possible sentence and term of supervised release are, and that the sentencing guidelines may apply; that there is a factual basis for the defendant's plea, waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced; and

(2) RECOMMEND to Judge Hall that the defendant's plea of guilty be accepted.

It is so ordered.

ENTERED at Bridgeport, Connecticut, this 20th day of May 2008.

/s/ Holly B. Fitzsimmons, USMJ

HOLLY B. FITZSIMMONS
U.S. MAGISTRATE JUDGE